UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 96-2725

---

MAMIE DAUGHETY,

Plaintiff - Appellant,

versus

DAVID WAMSLEY; MARYLAND HOMES FOR THE HANDI-
CAPPED; EMERGE INCORPORATED; EMERGE INCORPO-
RATED, Board of Directors,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-96-
2660-AMD)

---

Submitted: March 13, 1997          Decided: March 18, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mamie Daughety, Appellant Pro Se. Steven Edward Tiller, WHITEFORD,
TAYLOR & PRESTON, Baltimore, Maryland, Barbara Lee Ayres, WHITE-
FORD, TAYLOR & PRESTON, Towson, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her action alleging a violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101-17 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Daughety v. Wamsley</u>, No. CA-96-2660-AMD (D. Md. Nov. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>